*Friday, October 2, 1998*

## MOTION DOCKET

**98–921. State v. Carter.**
Trumbull C.P. No. 97CR558. This cause is pending before the court as an appeal from the Court of Common Pleas of Trumbull County. Upon consideration of appellant's motion for extension of time for transmission of record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to October 8, 1998. No further extensions will be granted.

**98–1914. State ex rel. Ascani v. Stark Cty. Bd. of Elections.**
In Prohibition and Mandamus. This cause originated in this court on the filing of a complaint for writs of prohibition and mandamus regarding an expedited election matter. Upon consideration of the motion for leave to intervene by city of Canton,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.

IT IS FURTHER ORDERED that intervenor shall file a brief in support of its complaint within two days of the date of this entry; respondents shall file a brief in response within two days of the filing of intervenor's brief; and intervenor may file a reply brief within two days of the filing of respondents' brief. This briefing schedule does not alter the briefing schedule for the filing of relator's and respondents' briefs under S.Ct.Prac.R. X(9); no extensions of this briefing schedule shall be permitted.

## RECONSIDERATION DOCKET

**98–1147. Simons v. W. Res. Tel. Co.**
Public Utilities Commission, No. 96–1405–TP–CSS. Reported at 83 Ohio St.3d 1417, 698 N.E.2d 1006.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**98–1271. State ex rel. McCracken v. Grand Manor, Inc.**
Franklin App. No. 97APD06–828. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On September 16, 1998, appellant filed a merit brief that does not contain a copy of the judgment or order from which the appeal is taken as required by S.Ct.Prac.R. VI(1)(B)(5)(b). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that appellant's merit brief be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1525. State ex rel. PPG Industries, Inc. v. Indus. Comm.**
Franklin App. No. 97APD06–811. This cause is pending before the court as appeals from the Court of Appeals for Franklin County. Upon consideration of the application for dismissal by the Industrial Commission of Ohio,

IT IS ORDERED by the court that the application for dismissal by the Industrial Commission of Ohio be, and hereby is, granted.

The appeal of Sam W. Snell remains pending.